# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |

McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Hilarion CISNEROS-Rios

YOB: 1972
COC: Mexico

United States District Court
Southern District Of Texas
FILED

MAY 2 2 2019

David J. Bradley, Clerk

## CRIMINAL COMPLAINT

Case Number: M-19- 1177-M

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **May 16, 2019** in **Hidalgo** County, in the **Southern** District of **Texas** defendant(s) did,

being then and there an alien, who had been previously **deported/removed** from the United States in pursuance of law did therefore knowingly, willfully and in violation of law attempt to gain illegal entry into the United States, the Attorney General of the United States and/or the Secretary of Homeland Security, not therefore having consented to a re-application by the defendant for admission into the United States,

in violation of Title **8** United States Code, Section(s) **1326**

I further state that I am a(n) **Customs and Border Protection Officer** and that this complaint is based on the following facts:

The defendant, HILIARION CISNEROS-RIOS, attempted to enter the United States illegally at the Donna, Texas Port of Entry by presenting a United States counterfeit visa as his entry document. The defendant admitted he knew the visa was counterfeit and that he had purchased it from an unknown individual at a bus station in Monterrey, Mexico for approximately 12,000 pesos. The defendant admitted he did not have any legal documentation that would allow him to enter, live, or work in the United States. Database queries revealed the defendant was last deported/removed to Mexico on December 21, 2007 through El Paso, Texas. Records show no evidence exists of the defendant having obtained permission from the United States Attorney General or the Secretary of Homeland Security to re-enter the United States.

The defendant is a citizen of Mexico and has no legal status in the United States. The defendant has a domestic violence conviction in September 04, 2004 where he was sentenced to 6 months probation, and two 1325 illegal entry convictions, the last which occurred on August 24, 2017 where he was sentenced to 120 days.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Sworn to before me and subscribed in my presence,

Approved By: Matt. Redavid  AUSA 5/22/19

Signature of Complainant
**Lorenzo Botello**
Printed Name of Complainant

May 22, 2019           at     **McAllen, Texas**
Date                           City and State
**Scott Hacker**
**U.S. Magistrate Judge**
Name and Title of Judicial Officer        Signature of Judicial Officer
**Department of Homeland Security**